AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sidorenko | ) |
| *Defendant* | ) |
| | ) |

Case No.    1:11-cr-00075

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States

Date:     07/07/2020

*Attorney's signature*

Damare Theriot 1013801
*Printed name and bar number*

1301 New York Ave NW
Washington D.C. 20005

*Address*

damare.theriot@usdoj.gov
*E-mail address*

(202) 514-0032
*Telephone number*

*FAX number*